# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARGARET COLLINS, | : | No. 163 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.